Joel E. Tasca, Esq.
Nevada Bar No. 14124
Holly Ann Priest, Esq.
Nevada Bar No. 13226
BALLARD SPAHR LLP
100 North City Parkway, Suite 1750
Las Vegas, Nevada 89106
Telephone: (702) 471-7000
Facsimile:  (702) 471-7070
tasca@ballardspahr.com
priesth@ballardspahr.com

*Attorneys for Discover Financial Services*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ADAM MOSS AND KELLI MOSS, husband and wife<br><br>Plaintiffs,<br><br>vs.<br><br>DISCOVER FINANCIAL SERVICES and EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>Defendants. | Case No.  2:17-cv-02139-RFB-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR ANSWER**<br><br>**[FIRST REQUEST]** |

Plaintiffs Adam Moss and Kelli Moss ("Plaintiffs") and Defendant Discover Financial Services ("Discover") (together, the "Parties") stipulate and agree as follows:

1. On August 9, 2017, Plaintiffs filed their complaint. (ECF No. 1).

2. On September 11, 2017, Plaintiffs filed a Motion for Entry of Clerk Default. (ECF No. 8).

3. The Parties agree to extend the deadline for Discover to file a response to the complaint to September 27, 2017.

4. The Parties further agree to that the Motion for Entry of Clerk Default be withdrawn.

///

///

DMWEST #16699496 v1

5. This is the first request for an extension of time to file a response to the complaint.

Dated: September 15, 2017.                           Dated: September 15, 2017.

PRICE LAW GROUP, APC                                 BALLARD SPAHR LLP


By: /s/ Steven A. Alpert                             By: /s/ Holly Ann Priest
    Steven A. Alpert, Esq.                               Joel E. Tasca, Esq.
    Nevada Bar No. 8353                                  Nevada Bar No. 14124
    420 E. Jones Blvd.                                   Holly Ann Priest, Esq.
    Las Vegas, Nevada 89107                              Nevada Bar No. 13226
                                                         100 North City Parkway, Suite 1750
    *Attorney for Plaintiffs*                            Las Vegas, Nevada 89106

                                                         *Attorneys for Discover Financial Services*

**DENIED.** *See* Local Rule IA 6-1(a) (requests to extend must state the reason(s) for the extension sought).

### ORDER

IT IS SO ORDERED:

_____
UNITED STATES ~~DISTRICT~~/MAGISTRATE JUDGE

DATED: September 18, 2017