UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

ADAM MOSS AND KELLI MOSS, )
husband and wife )
 )
    Plaintiffs, )
 )
vs. ) CASE NO. 2:17-cv-02139-RFB-NJK
 )
DISCOVER FINANCIAL SERVICES )
and EXPERIAN INFORMATION )
SOLUTIONS, INC., )
 )
    Defendants. )
 )

## **STIPULATION FOR DISMISSAL WITH PREJUDICE**

Adam Moss and Kelli Moss ("Plaintiffs") and Discover Financial Services ("Discover"), by and through counsel, hereby stipulate and agree that all claims against Discover should be dismissed with prejudice by order of this court, with each party to bear its own costs and attorneys' fees.

**RESPECTFULLY SUBMITTED** this 9th day of March 2018,


                                                                   By: */s/ Steven A. Alpert*
                                                                     Steven A. Alpert, NV #8353
                                                                     **Price Law Group, APC.**
                                                                     720 S. Jones Blvd.
                                                                     Las Vegas, NV 89107
                                                                     T: 702-794-2008
                                                                     alpert@pricelawgroup.com
                                                                     *Attorney for Plaintiffs,*
                                                                     *Adam Moss and Kelli Moss*

|   |   |
|---|---|
| 1 | */s/ Holly A. Priest* |
|   | Joel E. Tasca, Esq. NV # 14124 |
| 2 | Holly Ann Priest NV # 15226 |
|   | **Ballard Spahr LLP** |
| 3 | 100 North City Parkway, Suite 1750 |
|   | Las Vegas, NV 89106 |
| 4 | T: 702-471-7000 |
|   | tasca@ballardspahr.com |
| 5 | priesth@ballardspahr.com |
|   | *Attorney for Defendant* |
| 6 | *Discover Financial Services* |

IT IS THEREFORE ORDERED

DATED this  12th   day of   March      , 2018

_____
RICHARD F. BOULWARE, II
United States District Judge