UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

ADAM MOSS AND KELLI MOSS,
husband and wife

      Plaintiffs,

vs.

DISCOVER FINANCIAL SERVICES
and EXPERIAN INFORMATION
SOLUTIONS, INC.,

      Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)

CASE NO. 2:17-cv-02139-RFB-NJK

## **STIPULATION FOR DISMISSAL WITH PREJUDICE**

Adam Moss and Kelli Moss ("Plaintiffs") and Experian Information Solutions, Inc. ("Defendant"), by and through counsel, hereby stipulate and agree that all matters herein between them should be dismissed with prejudice by order of this court, with each party to bear its own costs and attorneys' fees.

**RESPECTFULLY SUBMITTED** this 16th day of March 2018,

By: */s/ Steven A. Alpert*
    Steven A. Alpert, NV #8353
    **Price Law Group, APC.**
    720 S. Jones Blvd.
    Las Vegas, NV 89107
    T: 702-794-2008
    alpert@pricelawgroup.com
    *Attorney for Plaintiffs,*
    *Adam Moss and Kelli Moss*

- 1 -

*/s/Jennifer L. Braster*
Jennifer L. Braster NV #9982
Andrew J. Sharples NV #12866
**NAYLOR & BRASTER**
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145
T: 702-420-7000
jbraster@naylorandbrasterlaw.com
asharples@naylorandbrasterlaw.com
*Attorney for Defendant,*
*Experian Information Solutions, Inc.*

## ORDER

This matter comes before the Court on the parties' Stipulation for Dismissal with

Prejudice. The Court has examined the Stipulation for Dismissal with Prejudice as agreed by the

parties hereinabove, good cause having been shown,

IT IS THEREFORE ORDERED that this cause of action is dismissed with prejudice with

each party bearing its own attorney's fees and costs.

DATED this __19th__ day of _____March___, 2018

_____
RICHARD F. BOULWARE, II
United States District Court